IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| AARON THOMAS, | § | |
| Petitioner, | § § § | |
| v. | § § | 2:18-CV-11 |
| LORIE DAVIS, Director, Texas Department of Criminal Justice, Correctional Institutions Division, | § § § § § | |
| Respondent. | § | |

## <u>ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION</u> <u>and DISMISSING PETITION FOR A WRIT OF HABEAS CORPUS</u>

On January 17, 2018, petitioner filed with this Court a pleading entitled "Petition for Review" wherein he appeared to be attempting to initiate a federal habeas corpus proceeding challenging a state prison disciplinary decision. On that same date, petitioner was ordered to submit the form petition required to be utilized by this district in habeas corpus proceedings. Petitioner failed to timely comply with the Court's Order.

On February 9, 2018, the United States Magistrate Judge issued findings, conclusions and a recommendation in this cause, recommending therein that this case be dismissed for want of prosecution. No objections to the Findings, Conclusions and Recommendation have been filed as of this date.

The undersigned United States Senior District Judge has made an independent examination of the record in this case. By failing to comply with the Court's January 17, 2018 Order, petitioner has demonstrated a manifest lack of interest in litigating his claims. Consequently, the Magistrate Judge's Findings, Conclusions and Recommendation is hereby

ADOPTED. Accordingly, the application for a writ of habeas corpus filed by petitioner is DISMISSED.

IT IS SO ORDERED.

ENTERED this 27th day of February 2018.

MARY LOU ROBINSON
UNITED STATES SENIOR DISTRICT JUDGE